Gilbert BROCK, Appellant, v. STATE of Texas, Appellee.

No. 23775.

Court of Criminal Appeals of Texas.
Oct. 15, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for burglary, punishment assessed being four years in the penitentiary.

Upon the overruling of appellant's motion for new trial he gave notice of appeal. He now files his personal affidavit advising this court that he desires to prosecute his appeal no further, and at his request the appeal is dismissed.